# United States District Court

NORTHERN   DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA

v.

GARCIA-Torres, Pedro Enrique
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 70115

*E-Filing Filed FEB 23 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, February 1, 2007, in Santa Clara County in the Northern District of California defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title   8   United States Code, Section(s)   1326
I further state that I am a(n)   Deportation Officer   and that this complaint is based on the following
                                  Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
                        ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

2/23/07
Date

at   San Jose, California
     City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

RE: GARCIA-Torres, Pedro Enrique A98 406 645

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. GARCIA-Torres is a 33-year-old male who has used twelve (12) aliases and three (3) dates of birth in the past.

(2)   Mr. GARCIA-Torres has been assigned one (1) Alien Registration numbers of A98 406 645, FBI number of 437528DC7, California Criminal Information Index number of A25180437, and a Santa Clara County Department of Corrections Personal File Number (PFN) of DUX658.

(3)   Mr. GARCIA-Torres is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on two (2) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| May 3, 2005 | Calexico, CA |
| June 10, 2006 | San Ysidro, CA |

(4)   Mr. GARCIA-Torres last entered the United States at or near San Ysidro, CA on or after June 10, 2006, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. GARCIA-Torres, on a date unknown but no later than February 1, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 1, 2007, Mr. GARCIA-Torres was interviewed by Immigration Enforcement Agent (IEA) Efrain Cruz at the Santa Clara County Jail Elmwood, Milpitas, CA, and during that interview, Mr. GARCIA-Torres was advised of his **Miranda** rights in Spanish. Mr. GARCIA-Torres waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: GARCIA-Torres, Pedro Enrique A98 406 645

(6) Mr. GARCIA-Torres was, on December 28, 2004, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION FOR SALE OF MARIJUANA, an aggravated felony, in violation of Section 11359 of the California Health and Safety Code, and was sentenced to eight (8) months in jail.

(7) Mr. GARCIA-Torres was, on March 17, 2006, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of DUI, a misdemeanor, in violation of Section 23152(b) of the California Vehicle Code, and was sentenced to ten (10) months in jail.

(8) On the basis of the above information, there is probable cause to believe that Mr. GARCIA-Torres illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 23 day of Feb, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE